FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 10 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE FERNANDEZ, on behalf of himself and all others similarly situated,

                             Plaintiff,

- v -

ROCKY POINT TOWNHOUSE DINER INC., SERGIO AUGOUSTIDIS, and NICHOLAS AUGOUSTIDIS,

                             Defendants.

Civil Action No. 2:17-cv-03324 (SJF)(SIL)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and further that Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

_____, 2018      __April 20_____, 2018

**LAW OFFICE OF PETER A. ROMERO PLLC**                **NIXON PEABODY LLP**

By: _____          By: _____
    Peter A. Romero, Esq.               Jeffery A. Meyer, Esq.
                                        David A. Tauster, Esq.

103 Cooper Street                   50 Jericho Quadrangle, Suite 300
Babylon, New York 11702             Jericho, New York 11753
(631) 257-5588                      (516) 832-7500
Promero@RomeroLawNY.com             jmeyer@nixonpeabody.com
*Attorney for Plaintiff*            dtauster@nixonpeabody.com
                                    *Attorneys for Defendants*


**SO ORDERED:**       5/10/18
_s/ Sandra J. Feuerstein_
U.S.D.J.

13

4846-8075-1200.2